Graham Court Owners Corp., Petitioner-Landlord-Appellant, 
against
Lewis Long, Respondent-Tenant-Respondent.



Landlord appeals from a final judgment of the Civil Court, New York County (Jack Stoller, J.), entered on or about May 18, 2018, after a non jury trial, which awarded tenant possession and a money judgment in the sum of $117,401.52 in a nonpayment summary proceeding.




Per Curiam.
Final judgment (Jack Stoller, J.), entered on or about May 18, 2018, affirmed, with $25 costs.
Giving due deference to the trial court's detailed findings of fact and credibility, we find no cause to disturb the court's ultimate determination that landlord willfully overcharged tenant, who commenced occupancy in September 2015 at a stabilized rental of $3,300 per month. Landlord failed to establish the existence of apartment improvements justifying the increase in the legal rent from $908.47 (the prior tenant's rent plus vacancy and longevity increases) to the $3,300 charged and paid by tenant. The record shows that landlord failed to submit adequate documentation in support of its claimed improvements, or credible witness testimony establishing the nature and scope of the work performed (see East 17th LLC v McCusker, 63 Misc 3d 134[A], 2019 NY Slip Op 50469[U] [App Term, 1st Dept 2019]; 461 Cent. Park W. Co. v Wang, 12 Misc 3d 135[A], 2006 NY Slip Op 51226[U] [App Term, 1st Dept 2006]; Graham Ct. Owners Corp. v Green, 11 Misc 3d 131[A], 2006 NY Slip Op 50333[U] [App Term, 1st Dept 2006]). The trial court, as factfinder, was warranted in finding the testimony of landlord's sole witness, its manager, insufficient to justify the $153,000 allegedly paid to renovate the apartment, since, as the court stated, "the amount [landlord] contracted to without an itemized breakdown exceeds threefold the amount" found reasonable in other cases.
Treble damages were properly imposed, since landlord failed to establish that its overcharge was not wilful (see Matter of Obiora v New York State Div. of Hous. & Community Renewal, 77 AD3d 755, 756 [2010]; Matter of Hargrove v Division of Hous. & Community Renewal, 244 AD2d 241 [1997]; PWV Acquisition, LLC v Paradise, 59 Misc 3d 130[A], 2018 NY Slip Op 50430[U] [App Term, 1st Dept 2018]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: July 02, 2019